UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

JORGE ANTONIO LOPEZ ALVARADO,

      Plaintiff,

Case No. 1:25-cv-124

v.

Honorable Ray Kent

UNKNOWN PARTY et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

Dated:  June 4, 2025           /s/ Ray Kent
                                                    Ray Kent
                                                    United States Magistrate Judge